No. 05–437. BURKYBILE v. BOARD OF EDUCATION OF THE HASTINGS-ON-HUDSON UNION FREE SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–438. BIDGOOD v. TOWN OF CAVENDISH, VERMONT, ET AL. Sup. Ct. Vt. Certiorari denied.

No. 05–442. GHOSH v. CITY OF BERKELEY, CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–452. KIRKWOOD GLASS CO., INC. v. MISSOURI DIRECTOR OF REVENUE. Sup. Ct. Mo. Certiorari denied.

No. 05–463. MURESAN v. TRANSWORLD SYSTEMS INC. Ct. App. Wash. Certiorari denied.

No. 05–470. SALDIVAR-GUERRERO v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 05–480. REVERIA TAVERN, INC. v. SUMMIT COUNTY BOARD OF ELECTIONS ET AL. Ct. App. Ohio, Summit County. Certiorari denied.

No. 05–487. DE LA O ET AL. v. HOUSING AUTHORITY OF THE CITY OF EL PASO, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 05–538. HUMPHREYS v. OREGON STATE BAR. Sup. Ct. Ore. Certiorari denied.

No. 05–540. FOX v. POTTER, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 05–556. MASSEY v. STOSBERG, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–559. CHAMBERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5135. STUDER v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.